### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   NAKEYA BLACKMON   : CHAPTER 13
:
:
DEBTOR   : BANKRUPTCY NO. 21-12146

### CERTIFICATION OF SERVICE

I hereby certify that true and correct copies of the Order Dismissing Chapter 13 Case has been served upon the Debtor, Trustee and all creditors on January 28, 2022 by regular first class mail.

BY:   /Zachary Perlick/
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA  19102
(215) 569-2922