United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12146-mdc |
| Nakeya Blackmon | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 27, 2022 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nakeya Blackmon, 402 Colwyn Ave., Darby, PA 19023-2717 |
| 14630160 | | Aqua PA, 752 W. Lancaster Ave, Clifton Heights, PA 19018 |
| 14627078 | + | Commercial Acceptance Co., 2 W. Main Street, Camp Hill, PA 17011-6326 |
| 14630165 | + | Darlene Blackmon, 402 Colwyn Ave., Darby, PA 19023-2717 |
| 14630166 | | Financial Recovery Services, Minneapolis, MN 55438-5908 |
| 14627082 | + | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14627084 | | Specialized Loan Servicing, LLC, 8472 Lucent Blvd., Suite 300, Littleton, CO 80129 |
| 14628342 | + | U S Bank National Association, C/O JOSHUA I. GOLDMAN, Padgett Law Group, 6267 Old Water Oak Rd., Ste. 203 Tallahassee, FL 32312-3858 |
| 14638426 | + | U.S. Bank Trust National Association, P.O. Box 814609, Dallas, TX 75381-4609 |
| 14649580 | + | US Bank Trust National Association, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14649177 | + | US Bank Trust National Association, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 27 2022 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 27 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 27 2022 23:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 27 2022 23:47:34 | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14627075 | | Email/Text: bankruptcy@acacceptance.com | Jan 27 2022 23:44:00 | American Credit Acceptance, POB 204531, Dallas, TX 75320-4531 |
| 14627469 | + | Email/Text: bankruptcy@acacceptance.com | Jan 27 2022 23:44:00 | American Credit Acceptance, 961 East Main Street, Spartanburg, SC 29302-2185 |
| 14627076 | + | Email/Text: bsimmons@amsher.com | Jan 27 2022 23:45:00 | Amsher Collection Services, 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 14627077 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2022 23:47:38 | Capital One, P.O. Box 85617, Richmond, VA 23276-0001 |
| 14627079 | + | Email/Text: bankruptcy@consumerportfolio.com | Jan 27 2022 23:45:00 | Consumer Portfolio Services, POB 57071, Irvine, CA 92619-7071 |
| 14627080 | + | Email/Text: bankruptcy@credencerm.com | Jan 27 2022 23:45:00 | Credence Resource Management, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |

District/off: 0313-2                          User: admin                                    Page 2 of 3

Date Rcvd: Jan 27, 2022                       Form ID: pdf900                                 Total Noticed: 34

| | | | |
|---|---|---|---|
| 14627081 | Email/PDF: creditonebknotifications@resurgent.com | Jan 27 2022 23:47:35 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14630167 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 27 2022 23:44:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14642033 | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 27 2022 23:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14629301 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2022 23:47:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14630168 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2022 23:47:35 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14627507 | + Email/PDF: rmscedi@recoverycorp.com | Jan 27 2022 23:47:39 | Orion, C/O Valerie Smith, of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14627429 | + Email/PDF: rmscedi@recoverycorp.com | Jan 27 2022 23:47:45 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14642229 | + Email/PDF: rmscedi@recoverycorp.com | Jan 27 2022 23:47:34 | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14641835 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2022 23:47:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14628897 | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 27 2022 23:47:46 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14627083 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 27 2022 23:47:46 | Regional Acceptance Corporation, PO Box 6000, Winterville, NC 28590-6000 |
| 14627085 | Email/PDF: ais.tmobile.ebn@aisinfo.com | Jan 27 2022 23:47:44 | T-Mobile, PO Box 742596, Cincinnati, OH 45274 |
| 14629497 | + Email/PDF: ebn_ais@aisinfo.com | Jan 27 2022 23:47:39 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14630158 | *+ | American Credit Acceptance, 961 East Main Street, Spartanburg, SC 29302-2185 |
| 14630159 | *+ | Amsher Collection Services, 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 14630161 | * | Capital One, P.O. Box 85617, Richmond, VA 23276-0001 |
| 14630162 | *+ | Commercial Acceptance Co., 2 W. Main Street, Camp Hill, PA 17011-6326 |
| 14630163 | *+ | Consumer Portfolio Services, POB 57071, Irvine, CA 92619-7071 |
| 14630164 | *+ | Credence Resource Management, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 14630169 | *+ | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14630170 | *+ | Regional Acceptance Corporation, PO Box 6000, Winterville, NC 28590-6000 |
| 14630171 | * | Specialized Loan Servicing, LLC, 8472 Lucent Blvd., Suite 300, Littleton, CO 80129 |
| 14630172 | *P++ | T MOBILE, C O AMERICAN INFOSOURCE LP, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, T-Mobile, PO Box 742596, Cincinnati, OH 45274 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-2                          User: admin                                    Page 3 of 3

Date Rcvd: Jan 27, 2022                       Form ID: pdf900                                 Total Noticed: 34

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2022                 Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| JOSHUA I. GOLDMAN | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Nakeya Blackmon Perlick@verizon.net  pireland1@verizon.net |

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:        NAKEYA BLACKMON        :        CHAPTER 13
                                                          :
                                                          :
              DEBTOR                        :        BANKRUPTCY No. 21-12146MDC

ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee
("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This chapter 13 bankruptcy case is DISMISSED.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such
has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of
the Trustee shall not revest in the entity in which such property was vested immediately before the
commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C.
§349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of
professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested
parties within five (5) days of the entry of this Order. Counsel shall file a Certification of Service
confirming such service and (1) a Certification of No Response confirming that neither an objection to
the proposed compensation nor an application for administrative expense has been filed or (2) certify
that such applications have been filed and setting a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty
(60) days of the entry of this Order, then the Standing Trustee shall, if any applications for
administrative expenses other than Debtor(s)' Counsel's have been filed, set a hearing thereon or, if no
such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11
U.S.C. §1326 (a)(2).

BY THE COURT:

_____
MAGDELINE D. COLEMAN
Dated: January 27, 2022        CHIEF U.S. BANKRUPTCY JUDGE