**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | NAKEYA BLACKMON | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 21-12146MDC |

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $ 4,200.00 |
| Total expense cost: | $     0.00 |
| Attorney fee already paid by Debtor | $     0.00 |
| Net amount to be paid by Trustee | $ 4,200.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Dated:  March 11, 2022